**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1238**

———————

SHAMIM AHMED,

                                           Plaintiff - Appellant,

      versus

JOHN H. SCHNATTER; ED WINKLER; MARK HAMOND;
PAPA JOHN'S USA, INCORPORATED,

                                        Defendant - Appellees.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-00-2160-S)

———————

Submitted: April 27, 2001               Decided: May 4, 2001

———————

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Shamim Ahmed, Appellant Pro Se. Peter David Guattery, WHITEFORD, TAYLOR & PRESTON, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant Shamim Ahmed appeals the district court's order granting summary judgment in favor of the Appellees on his claims of employment discrimination on the basis of race and national origin. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the district court's reasoning that Ahmed failed to timely file a charge of discrimination. See Ahmed v. Schnatter, No. CA-00-2160-S (D. Md. Feb. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2